```
ALEXANDER G. CALFO (SBN 152891)
   ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
   KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   ganderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY INC.;
DEPUY INTERNATIONAL LIMITED,
JOHNSON & JOHNSON; JOHNSON &
JOHNSON SERVICES, INC.; JOHNSON &
JOHNSON INTERNATIONAL
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD STEELE,<br><br>          Plaintiff,<br><br>     vs.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; GOLDEN STATE ORTHOPAEDICS, INC., BTG MEDICAL, INC., THOMAS P. SCHMALZRIED, M.D., A Professional Corporation, and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO. CV12-00580-MMC<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff GERALD STEELE and Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause

1  shown, it is hereby ORDERED that:

2  1. The Parties' request for a stay of proceedings is GRANTED;

3  2. All proceedings in this action are hereby stayed, pending the likely transfer of this
4     action to MDL 2244; and

5  3. All deadlines, including any deadlines relating to a potential remand motion and
6     any outstanding responsive pleading, are extended until 30 days after the entry of a
7     joint Case Management Order in the MDL addressing remand briefing.

8  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

9  Dated: February 17, 2012

   Hon. Maxine M. Chesney

10

11 Respectfully submitted by,

12

13 DATED: February 14, 2012        YUKEVICH CALFO & CAVANAUGH

14

15                                 By: /s/ Alexander G. Calfo
                                       Alexander G. Calfo
16                                     Kelley S. Olah
                                       Gabrielle Anderson-Thompson
17                                     Attorneys for Defendants DEPUY
                                       ORTHOPAEDICS, INC., DEPUY INC.; DEPUY
18                                     INTERNATIONAL LIMITED, JOHNSON &
                                       JOHNSON; JOHNSON & JOHNSON
19                                     SERVICES, INC.; JOHNSON & JOHNSON
                                       INTERNATIONAL
20

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788